# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kevin James Roth            BK NO. 20-01238 HWV

           Debtor(s)

          Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of HomeBridge Financial Services, Inc. and index same on the master mailing list.

          Respectfully submitted,

          **/s/ James C. Warmbrodt, Esquire**
          James C. Warmbrodt, Esquire
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          215-627-1322