Certificate Number: 06531-PAM-DE-034374961

Bankruptcy Case Number: 20-01238


06531-PAM-DE-034374961

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on April 23, 2020, at 11:56 o'clock AM CDT, Kevin J Roth completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 23, 2020        By: /s/Laura Stevens

                            Name: Laura Stevens

                            Title: Credit Counselor