```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 20-01238-HWV
Kevin James Roth                                                          Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 1                  Date Rcvd: May 11, 2020
                               Form ID: ntcnfhrg            Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
```
db              +Kevin James Roth,    5995 Chambershill Rd.,    Harrisburg, PA 17111-3308
5319141         +Blue Chip Fcu,    5050 Derry St,   Harrisburg, PA 17111-5697
5319152         +Bureau of Employer Tax Operations,    PO Box 68568,    Harrisburg, PA 17106-8568
5319142         +Cenlar,    Attn: Bankruptcy,    Po Box 77404,    Ewing, NJ 08628-6404
5319143         +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
5319146         +Eos Cca,    Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
5319147         +Midland Fund,    Attn: Bankruptcy,    350 Camino De La Reine Ste 100,    San Diego, CA 92108-3007
5319154         +Office of Attorney General,    Financial Enforcement,    Section, Stra,
                  Harrisburg, PA 17120-0001
5323891         +Scaringi & Scaringi, P.C.,    2000 Linglestown Road, Suite 106,    Harrisburg, PA 17110-9347
5319149         +Scaringi Law,    2000 Linglestown Rd #106,    Harrisburg, PA 17110-9347
5319151         +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
5319155         +U.S. Department of Justice,    PO Box 227, Ben Franklin Station,    Washington, DC 20044-0227
5319157          United States Attorney,    PO Box 11754,    Harrisburg, PA 17108-1754
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5319152         +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov May 11 2020 20:12:31
                  Bureau of Employer Tax Operations,    PO Box 68568,    Harrisburg, PA 17106-8568
5319144         +E-mail/Text: mrdiscen@discover.com May 11 2020 20:12:32       Discover Financial,
                  Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
5319145         +E-mail/Text: bknotice@ercbpo.com May 11 2020 20:13:08       Enhanced Recovery Corp,
                  Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
5319153          E-mail/Text: sbse.cio.bnc.mail@irs.gov May 11 2020 20:12:42       Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
5319148         +E-mail/Text: bankruptcynotices@psecu.com May 11 2020 20:13:27       P S E C U,
                  Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5319156          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 11 2020 20:12:58       PA Department of Revenue,
                  Department 280946, Attn:Bankruptcy,    Harrisburg, PA 17128-0946
5319150         +E-mail/Text: bankruptcy@sw-credit.com May 11 2020 20:13:03       Southwest Credit Systems,
                  4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
                                                                                               TOTAL: 7

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Kevin James Roth jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kevin James Roth,

**Debtor 1**

Chapter 13

Case No. 1:20−bk−01238−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 17, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: June 24, 2020 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 11, 2020 |

ntcnfhrg (03/18)