```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 20-01238-HWV
Kevin James Roth                                                    Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: AutoDocke           Page 1 of 1           Date Rcvd: Jun 04, 2020
                               Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: ebn@exchange.nscorp.com Jun 04 2020 19:39:44     Norfolk Southern Corporation,
                 Attn: Payroll Department,   1200 Peachtree Street NE,   Atlanta, GA 30309-3579
                                                                                                    TOTAL: 1

                   ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Kevin James Roth  jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                    TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:20-bk-01238-HWV
:
Kevin James Roth :
:
: Chapter 13
Debtor :

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

Upon consideration of the Motion of the Debtor, for a Wage Attachment Order having come this day before the Court, it is hereby:

**ORDERED** that the Norfolk Southern Corporation, Attn: Payroll Department, 1200 Peachtree Street NE, Atlanta, GA 30309, the employer of Kevin James Roth, is hereby directed to deduct $51.98 from Kevin James Roth's weekly salary, commencing with the next pay period and continuing thereafter for 59 months, and to remit the same to Charles J. Dehart, III, Esquire, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

Dated: June 4, 2020 By the Court,

_Henry W. Van Eck_ (LS)
Henry W. Van Eck, Chief Bankruptcy Judge