UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: KEVIN JAMES ROTH | CASE NO: 20-01238 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 6/17/2020, I did cause a copy of the following documents, described below,

1st amended plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/17/2020

/s/ John M. Hyams
John M. Hyams  87327PA
Law Offices of John M. Hyams
2023 N. 2nd Street
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KEVIN JAMES ROTH | CASE NO: 20-01238 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 6/17/2020, a copy of the following documents, described below,

1st amended plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/17/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd Street
Harrisburg, PA 17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | BLUE CHIP FCU | BUREAU OF EMPLOYER TAX OPERATIONS |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141<br>CASE 1-20-BK-01238-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>WED JUN 17 13-42-11 EDT 2020 | 5050 DERRY ST<br>HARRISBURG PA 17111-5697 | PO BOX 68568<br>HARRISBURG PA 17106-8568 |
| CENLAR<br>ATTN BANKRUPTCY<br>PO BOX 77404<br>EWING NJ 08628-6404 | CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430 | CITISEARS<br>CITIBANKCENTRALIZED BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | ENHANCED RECOVERY CORP<br>ATTN BANKRUPTCY<br>8014 BAYBERRY ROAD<br>JACKSONVILLE FL 32256-7412 |
| EOS CCA<br>ATTN BANKRUPTCY<br>700 LONGWATER DR<br>NORWELL MA 02061-1624 | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| MIDLAND FUND<br>ATTN BANKRUPTCY<br>350 CAMINO DE LA REINE STE 100<br>SAN DIEGO CA 92108-3007 | OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>SECTION STRA<br>HARRISBURG PA 17120-0001 | P S E C U<br>ATTENTION BANKRUPTCY<br>PO BOX 67013<br>HARRISBURG PA 17106-7013 |
| PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | PSECU<br>PO BOX 67013<br>HARRISBURG PA 17106-7013 | ~~EXCLUDE~~<br>~~KEVIN JAMES ROTH~~<br>~~5995 CHAMBERSHILL RD~~<br>~~HARRISBURG PA 17111-3300~~ |
| SCARINGI SCARINGI PC<br>2000 LINGLESTOWN ROAD SUITE 106<br>HARRISBURG PA 17110-9347 | SCARINGI LAW<br>2000 LINGLESTOWN RD 106<br>HARRISBURG PA 17110-9347 | SOUTHWEST CREDIT SYSTEMS<br>4120 INTERNATIONAL PARKWAY<br>SUITE 1100<br>CARROLLTON TX 75007-1958 |
| THE BUREAUS INC<br>ATTN BANKRUPTCY<br>650 DUNDEE RD STE 370<br>NORTHBROOK IL 60062-2757 | US DEPARTMENT OF JUSTICE<br>PO BOX 227 BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET SUITE 1190~~<br>~~HARRISBURG PA 17101-1722~~ | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | |