# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### (HARRISBURG)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Kevin James Roth | CASE NO.: 1: 20-bk-01238-HWV |
| Debtor(s). | |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Carrington Mortgage Services, LLC ("Carrington"),

secured creditor to the above entitled Debtor by and through its undersigned counsel, hereby

enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests,

pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code,

that copies of all notices and pleadings given of filed in the above-captioned case be given and

served upon the undersigned at the following addresses and telephone/facsimile numbers:

> Kaitlin D. Shire, Esquire
> Hill Wallack LLP
> 777 Township Line Road, Suite 250
> Yardley, PA 19067
> Telephone: (215)579-7700
> Facsimile: (215)579-9248
> Email: kshire@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor

any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive

Carrington's (i) right to have final orders in non-core matters entered only after de novo review

by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case,

{10154837; 1}

controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any

matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions,

defenses, setoffs, or recoupments to which Carrington is or may be entitled under agreements, in

law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are

expressly reserved.

Dated: April 29, 2022                                    Hill Wallack LLP

                                                         By: */s/ Kaitlin D. Shire*
                                                             Kaitlin D. Shire, Esq.
                                                             777 Township Line Rd, Suite 250
                                                             Yardley, PA 19067
                                                             Telephone: (215)579-7700
                                                             Facsimile: (215)579-9248
                                                             Email: kshire@hillwallack.com

                                                             Counsel to Carrington Mortgage Services, LLC